IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Becarevic, Dragan | Case Number: 07 B 06552 |
|---|---|---|
| | Becarevic, Gordana | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 4/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 20, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,800.00 |  |
| Secured: |  | 13,592.82 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 907.18 |
| Other Funds: |  | 0.00 |
| Totals: | 16,800.00 | 16,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,300.00 | 2,300.00 |
| 2. | North Shore Community Bank | Secured | 0.00 | 0.00 |
| 3. | Digital Federal Credit Union | Secured | 9,077.18 | 7,896.96 |
| 4. | Banco Popular N America | Secured | 6,582.60 | 5,695.86 |
| 5. | First Midwest Bank | Unsecured | 0.00 | 0.00 |
| 6. | B-Real LLC | Unsecured | 8,324.25 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 9,424.09 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 7,315.32 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,331.30 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 597.85 | 0.00 |
| 11. | Capital One | Unsecured | 1,709.48 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,999.80 | 0.00 |
| 13. | Federated Retail Holdings Inc | Unsecured | 1,824.14 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 2,674.08 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 1,930.51 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 21,062.41 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 5,890.54 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 11,924.65 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 5,106.09 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 2,055.88 | 0.00 |
| 21. | Banco Popular N America | Unsecured | 0.00 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 3,437.32 | 0.00 |
| 23. | B-Real LLC | Unsecured | 4,289.08 | 0.00 |
| 24. | Capital One | Unsecured | 4,845.58 | 0.00 |
| 25. | Peoples Energy Corp | Unsecured | 91.93 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Becarevic, Dragan | | Case Number: 07 B 06552 |
| --- | --- | --- | --- |
| | Becarevic, Gordana | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 4/12/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | ECast Settlement Corp | Unsecured | 970.66 | 0.00 |
| 27. | World Financial Network Nat'l | Unsecured | 1,138.94 | 0.00 |
| 28. | B-Real LLC | Unsecured | 16,060.76 | 0.00 |
| 29. | Digital Federal Credit Union | Unsecured | 2.26 | 0.00 |
| 30. | Net Bank | Secured | | No Claim Filed |
| 31. | Chase | Unsecured | | No Claim Filed |
| 32. | Dress Barn | Unsecured | | No Claim Filed |
| 33. | Discover Financial Services | Unsecured | | No Claim Filed |
| 34. | Home Depot | Unsecured | | No Claim Filed |
| 35. | Exxon Mobil | Unsecured | | No Claim Filed |
| 36. | GE Money Bank | Unsecured | | No Claim Filed |
| 37. | Old Navy | Unsecured | | No Claim Filed |
| 38. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 39. | Ehn Medical Group Speciality | Unsecured | | No Claim Filed |
| 40. | New York & Co | Unsecured | | No Claim Filed |
| 41. | Washington Mutual Finance | Unsecured | | No Claim Filed |

$ 132,966.70          $ 15,892.82

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 907.18 |

$ 907.18

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

